UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA EDWARDS,

    Plaintiff(s),

                                      Case No. 05-71103

v

WELTMAN, WEINBERG & REIS, CO.,   HONORABLE AVERN COHN
LPA,                                   UNITED STATES DISTRICT JUDGE

    Defendant(s).

_____/

## ORDER OF DISMISSAL

    Upon review of the above mentioned case filed on March 21, 2005, and no action taken;

    **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED** according to Local Rule 41.2 for lack of prosecution.

                                              s/ Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

Dated: August 26, 2005